IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES HARRIS SHARPLEY,   )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>RACHAEL MURPHY MORGAN,       )<br>                             )<br>    Defendant.               ) | CIVIL ACTION NO.<br>  2:15cv356-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that the defendant, his attorney, violated his rights by not having his competency evaluated and coercing him to plead guilty, in spite of his repeatedly having been found incompetent to stand trial.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of July, 2015.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**